RECEIVED
JAN - 4 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| DIANE W. CONERY | CIVIL ACTION NO. 05-530 |
| VERSUS | JUDGE DOHERTY |
| LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, ET AL | MAGISTRATE JUDGE HILL |

## MEMORANDUM RULING & ORDER

Currently pending before the Court is defendants' "Motion to Strike Plaintiff's Opposition to Motion for Summary Judgment of Defendants" [Doc. 36], wherein defendants move this Court to strike plaintiff's opposition memorandum to defendants' Motion for Summary Judgment, as the opposition memorandum is untimely pursuant to the deadline set forth in Local Rule 7.5W.[1] While the Court recognizes the frustration arising out of plaintiff's dilatory filing (by approximately one month), the Court finds plaintiff's counsel has demonstrated excusable neglect in his memorandum in opposition to the pending motion to strike [Doc. 38]. Due to the foregoing, the motion to strike

---

[1] That deadline was also explicitly noted in this Court's notice of motion setting. [See Doc. 29]

is **DENIED.**[2]

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this ____ day of _____, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

---

[2] Although the Court denies the relief requested by defendants, the Court notes that a review of the docket sheet suggests a pattern of delay and delinquent filings. Any future, unwarranted delays in this litigation caused by plaintiff's counsel will subject counsel to risk of appropriate action by the Court, including sanctions.